| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHEN LANCASTER, | Case No. 10-cv-0088-MJP |
| Plaintiff, | ORDER DISMISSING CASE |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

The Court, after careful consideration of the Plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable James P. Donohue, the balance of the record, and noting the absence of any objections to the Report and Recommendation, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The final decision of the Commissioner is AFFIRMED and this case is dismissed with prejudice.

///

///

ORDER DISMISSING CASE
PAGE - 1

1       (3)    The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

      DATED this 10th day of August, 2010.

                                                      Marsha J. Pechman
                                                      United States District Judge